IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Mario Arce, | ) | |
|     Plaintiff, | ) | Case No: 3:16 CV 50193 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Boone County, et al. | ) | |
|     Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

Settlement conference held on 5/12/2017. The case has settled with terms explained on the record. Plaintiff orally moves to dismiss individual defendants Ernest, Ewers, Hustead, and Erick under Civil Rule 41. Accordingly, it is this Court's Report and Recommendation to the District Court Judge that the plaintiff's oral motion be granted. Any objection must be filed by 5/26/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(2:07)
Date: May 12, 2017                                         /s/ Iain D. Johnston
                                                                                   U.S. Magistrate Judge