# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mario Arce, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50193 |
| | ) | |
| Boone County, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [23] from the magistrate judge that this court grant plaintiff's motion to dismiss defendants Ernest, Ewers, Hustead, and Erick. Any objections were to be filed by May 26, 2017. No objections have been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error the court grants plaintiff's motion to dismiss the above named defendants. Defendants Ernest, Ewers, Hustead, and Erick are terminated from this case.

Date: 5/31/2017                                    ENTER:

                                                   _____
                                                   FREDERICK J. KAPALA
                                                   District Judge